IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. S-05-155 LKK |
| Plaintiff,  ) | |
| v.  ) | TIME EXCLUSION ORDER |
| SERGIO GAETE,  ) | |
| Defendant.  ) | |

　　　Upon motion of both parties, the Court continues the next hearing in this case to June 1, 2005 at 9:30 a.m.. According to the counsel, such continuance is necessary for counsel adequately to review the discovery provided by the government and to conduct further investigation in the case.  Thus, the requested continuance is for effective and diligent preparation.

　　　The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(iv), and time, therefore,  will be excluded from May 10, 2005 through June 1, 2005.

DATE: May 31,2005　　　　　　　　　　/s/Lawrence K. Karlton
　　　　　　　　　　　　　　　　　　　HON. LAWRENCE K. KARLTON
　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE