```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  MARY L. GRAD
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  916-554-2763
 5
 6
 7
 8           IN THE UNITED STATES DISTRICT COURT FOR THE
 9                  EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   CR. NO. S-05-155-LKK
                                 )
12          Plaintiff,            )   MOTION AND ORDER
                                 )   DISMISSING INDICTMENT
13       v.                       )
                                 )
14  SERGIO GAETE,                 )
                                 )
15          Defendant.            )
    _____)
16
17       The United States of America, by and through its undersigned
18  attorney, Mary L. Grad, Assistant United States Attorney,
19  respectfully requests that this Court dismiss without prejudice
20  the above-captioned Indictment, filed April 14, 2005, against
21  defendant SERGIO GAETE.
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///
```

1

This motion is made pursuant to the provisions of Rule 48(a) of the Federal Rules of Criminal Procedure

DATED:_____         McGREGOR W. SCOTT
                               United States Attorney


                               By /s/ Mary L. Grad
                               MARY L. GRAD
                               Assistant U.S. Attorney



                    O R D E R


It is ordered that the above-captioned Indictment be and is hereby dismissed without prejudice against SERGIO GAETE.

DATED: August 8, 2005          /s/ Lawrence K. Karlton
                               HONORABLE LAWRENCE K. KARLTON
                               United States District Judge

2